UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOLLY D., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, COMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No. 24-cv-12649 <br><br> Honorable Robert J. White <br> Magistrate Judge Patricia T. Morris |

**ORDER (1) ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND (4) AFFIRMING THE FINAL DECISION OF THE ADMINISTRATIVE LAW JUDGE**

Before the Court is Magistrate Judge Patricia T. Morris's November 10, 2025 report and recommendation. (ECF No. 18). The report recommended that the Court deny Plaintiff's motion for summary judgment (ECF No. 15), grant Defendant's motion for summary judgment (ECF No. 16), and affirm the final ruling of the Administrative Law Judge. (ECF No. 18). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's November 10, 2025 report and recommendation (ECF No. 18) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (ECF No. 14) is DENIED.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment (ECF No. 16) is GRANTED.

IT IS FURTHER ORDERED that the Administrative Law Judge's final decision is AFFIRMED.

Dated: December 2, 2025           s/Robert J. White
                                  Robert J. White
                                  United States District Judge